JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD PAUL FURLOW, II, | Case No. CV 08-5271-SVW (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| BEN CURRY, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: March 2, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE